TO: THE CLERK OF
UNITED STATES DISTRICT COURT

FROM: ELTON L. PUMPHREY
S.B.I.# 185250

DATE: 5/18/08

GREETINGS AND GOOD DAY!

DEAR CLERK,
PLEASE FILE THE INCLOSED WRIT OF HABEAS CORPUS.
IF POSSIBLE PLEASE SEND ME A COPY, OF WHICH I HAVE NONE.
YOUR HELP IN THE MATTER IS GREATFULLY APPRECIATED.

THANK you AND GOD BLESS you!

ELTON L. PUMPHREY
1181 Paddock Road
SMYRNA, DE. 19977

FILED
MAY 20 2008
U.S. DISTRICT COURT

Rp scanned