TO: SENIOR CLERK OF
UNITED STATES DISTRICT COURT

FROM: ELTON L. PUMPHREY
S.B.I. # 185250



DATE: 5/28/08

RE: COPY OF HABEAS CORPUS
FILED, C.A. NO. 08-297 GMS

PLEASE MAKE THIS REQUEST PART OF THE RECORD.
I AM AN INDIGENT INMATE WITH ABSOLUTELY NO FUNDS AND NO WAY TO OBTAIN ANY.
I JUST FILED A WRIT OF HABEAS CORPUS IN THIS COURT, ALSO INCLUDED WAS AN APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND A SIX MONTH INDIVIDUAL STATEMENT FROM THIS INSTITUTION (D.C.C.).
I DESPERATELY NEED AND AM REQUESTING A COPY OF THE HABEAS CORPUS (C.A. NO. 08-297) THAT I FILED IN THIS COURT.

I/M Elton L. Pumphrey
SBI# 185250  UNIT 17-A-L-11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

United States District Court
844 North King Street
Lockbox 18
Wilmington, Delaware
19801-3570