CA08-297GMS

**Individual Statement**
**From November 2007 to May 2008**

Date Printed: 5/27/2008

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00185250 | PUMPHREY | ELTON | | | Beginning Month Balance: | $0.00 |
| Current Location: 17 | | | | | Ending Month Balance: | $0.00 |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Medical | 11/2/2007 | $0.00 | ($6.00) | $0.00 | $0.00 | 509018 | | 10/25/07 | |
| Supplies-MailPosta | 11/9/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 512353 | | 10/22/07 | |
| Supplies-MailPosta | 11/9/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 512356 | | 10/22/07 | |
| Supplies-MailPosta | 11/9/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 512357 | | 10/22/07 | |
| Supplies-MailPosta | 11/9/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 512358 | | 10/22/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 520178 | | 11/14/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 520325 | | 11/14/07 | |
| Supplies-MailPosta | 11/29/2007 | $0.00 | $0.00 | ($0.41) | $0.00 | 520364 | | 11/15/07 | |
| Supplies-MailPosta | 12/11/2007 | $0.00 | $0.00 | ($3.66) | $0.00 | 526321 | | INDIGENT 11/13/07 | |
| Supplies-MailPosta | 12/20/2007 | $0.00 | $0.00 | ($3.82) | $0.00 | 530730 | | INDIGENT 12/10/07 | |
| Supplies-MailPosta | 1/7/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 538292 | | 12/26/07 | |
| Supplies-MailPosta | 1/10/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 541577 | | 1/1/08 | |
| Supplies-MailPosta | 2/13/2008 | $0.00 | $0.00 | ($3.82) | $0.00 | 556321 | | INDIGENT 2/4/08 | |
| Supplies-MailPosta | 2/20/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 559449 | | 1/7/08 | |
| Supplies-MailPosta | 2/22/2008 | $0.00 | $0.00 | ($3.82) | $0.00 | 560387 | | INDIGENT 1/7/08 | |
| Supplies-MailPosta | 3/11/2008 | $0.00 | $0.00 | ($3.82) | $0.00 | 568683 | | INDIGENT SUPPLIES | |
| Supplies-MailPosta | 4/7/2008 | $0.00 | $0.00 | ($3.62) | $0.00 | 581470 | | INDIGENT 3/31/08 | |
| Supplies-MailPosta | 4/30/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 594920 | | 4/22/08 | |
| Supplies-MailPosta | 5/6/2008 | $0.00 | $0.00 | ($5.05) | $0.00 | 597404 | | 4/21/08 | |
| Supplies-MailPosta | 5/9/2008 | $0.00 | $0.00 | ($0.41) | $0.00 | 600834 | | 05/6/08 | |
| Supplies-MailPosta | 5/14/2008 | $0.00 | $0.00 | ($0.42) | $0.00 | 603330 | | 5/9/08 | |
| Supplies-MailPosta | 5/14/2008 | $0.00 | $0.00 | ($0.42) | $0.00 | 603331 | | 5/9/08 | |
| Supplies-MailPosta | 5/14/2008 | $0.00 | $0.00 | ($4.14) | $0.00 | 603408 | | INDIGENT 5/5/08 | |
| Supplies-MailPosta | 5/22/2008 | $0.00 | $0.00 | ($4.80) | $0.00 | 607299 | | 5/18/08 | |

# Individual Statement
## From November 2007 to May 2008

Date Printed: 5/27/2008    Page 2 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00185250 | PUMPHREY | ELTON | | | Beginning Month Balance: | $0.00 |
| Current Location: 17 | | Comments: | | | Ending Month Balance: | $0.00 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|

Ending Month Balance: $0.00

Total Amount Currently on Medical Hold: ($126.00)
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($146.05)