OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 30, 2008

TO:

**Elton Leroy Pumphrey**
SBI# 185250
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    **RE:  Request for Copy of Habeas Petition**
          **CA No.: 08-297 GMS**

Dear Mr. Pumphrey:

    The Clerk's office is in receipt of your letter requesting a copy of your Habeas Petition you filed with the Court. (DI# 2).

    Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. **Should you require copies in the future, please be aware of this fee requirement.**

    The document you requested is **16 pages** in length. The cost of this request is **$8.00**. Informa Pauperis status does not apply to copywork. Prepayment should be sent with your request, check, or money order payable to <u>Clerk, U.S. District Court</u>.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                           Sincerely,

/rc                                         PETER T. DALLEO
                                              CLERK

cc: The Honorable Gregory M. Sleet