IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELTON LEROY PUMPHREY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-297-GMS |
| | ) | |
| PERRY PHELPS, Warden, | ) | |
| and ATTORNEY GENERAL | ) | |
| OF THE STATE OF | ) | |
| DELAWARE, | ) | |
| | ) | |
| Respondents. | ) | |

**O R D E R**

WHEREAS, you have filed a form petition for federal habeas corpus relief

pursuant to 28 U.S.C. § 2254 and requested leave to proceed *in forma pauperis* pursuant to 28

U.S.C. § 1915; and

WHEREAS, based on the information you provided, your request to proceed *in*

*forma pauperis* is granted; and

WHEREAS, the Antiterrorism and Effective Death Penalty Act of 1996

("AEDPA"), 28 U.S.C. § 2244, effectively precludes petitioners from filing a second or

subsequent habeas petition except in the most unusual of circumstances; and

WHEREAS, the United States Court of Appeals for the Third Circuit has

mandated that, before ruling on the merits of a your petition, you must be given notice that the

AEDPA applies to your pending petition, *see United States v. Miller*, 197 F.3d 644 (3d Cir.

1999) and *Mason v. Meyers*, 208 F.3d 414 (3d Cir. 2000).

NOW, THEREFORE, IT IS ORDERED this 2nd____ day of June,

2008, that you must file the attached election form with the court on or before July 7,

2008 . Failure to timely return the completed election form will result in the court's ruling

on your pending petition as filed.

_____
Chief, United States District Judge

**F I L E D**

JUN - 2 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ELTON LEROY PUMPHREY,            )
                                )
    Petitioner,                 )
                                )
v.                              )      Civil Action No. 08-297-GMS
                                )
PERRY PHELPS, Warden,           )
and ATTORNEY GENERAL            )
OF THE STATE OF                 )
DELAWARE,                       )
                                )
    Respondents.                )

## AEDPA ELECTION FORM

1. _____    I wish the court to rule on my § 2254
               petition as currently pending. I realize
               that the law does not allow me to file
               successive or later petitions unless I
               receive certification to do so from the
               United States Court of Appeals for the
               Third Circuit; therefore, this petition
               will be my one opportunity to seek federal
               habeas corpus relief.

2. _____    I wish to amend my § 2254 petition to
               include all the grounds I have. I will
               do so within thirty (30) days. I realize
               that the law does not allow me to file
               successive or later petitions unless I
               receive certification to do so from the
               United States Court of Appeals for the
               Third Circuit; therefore, this amended
               all-inclusive petition will be my one
               opportunity to seek federal habeas corpus
               relief.

3. _____   I wish to withdraw my § 2254 petition
without prejudice to file one all-inclusive
petition in the future; that is, one
that raises all the grounds I have for
federal habeas corpus relief.  I realize
this all-inclusive petition must be filed
within the one-year period as defined by
28 U.S.C. § 2244(d).  *See Swartz v. Meyers*,
204 F.3d 417 (3d Cir. 2000).

4. _____   I am not seeking federal habeas corpus
relief under § 2254.  I am instead seeking
relief under _____.

_____
Petitioner