IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ELTON LEROY PUMPHREY,        )
                             )
           Petitioner,       )
                             )
v.                           )        Civil Action No. 08-297-GMS
                             )
PERRY PHELPS, Warden,        )
and ATTORNEY GENERAL         )
OF THE STATE OF              )
DELAWARE,                    )
                             )
           Respondents.      )

F I L E D

JUN - 9 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## AEDPA ELECTION FORM

1. _____ I wish the court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____ I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____    I wish to withdraw my § 2254 petition
                without prejudice to file one all-inclusive
                petition in the future; that is, one
                that raises all the grounds I have for
                federal habeas corpus relief.  I realize
                this all-inclusive petition must be filed
                within the one-year period as defined by
                28 U.S.C. § 2244(d).  *See Swartz v. Meyers*,
                204 F.3d 417 (3d Cir. 2000).


4. _____    I am not seeking federal habeas corpus
                relief under § 2254.  I am instead seeking
                relief under _____.

*Elton Leroy Pumphrey*
Petitioner

I/M ELTON L. PUMPHREY

SBI# 185350 UNIT 17-A-L-11

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

LEGAL MAIL



UNITED STATES POSTAGE
$ 00.42°
02 1A
0004608975    JUN 06 2008
MAILED FROM ZIP CODE 19977

UNITED STATES DISTRICT COURT

844 NORTH KING STREET

LOCKbox 18

WilMingTon, DelawARE

19801 - 3570

1580143519 C012