D.I. #_____

# CIVIL ACTION NUMBER: 08CV297

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

Postage               $  4.80
Certified Fee            2.65
Return Receipt Fee       2.15
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees  $  9.70

Sent To:     LOREN MEYERS
             DEPUTY ATTORNEY GENERAL
Street, Apt. No.;  DEPARTMENT OF JUSTICE
or PO Box No.
City, State, ZIP+4  820 N. FRENCH STREET
                    WILMINGTON, DE  19801

PS Form 3800, August 2006    See Reverse for Instructions
```

Postmark: WILMINGTON DE 19801