D.I. # _____

# CIVIL ACTION
# NUMBER: 08CV297 GMS

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    LOREN MEYERS
    DEPUTY ATTORNEY GENERAL
    DEPARTMENT OF JUSTICE
    820 N. FRENCH STREET
    WILMINGTON, DE 19801

    08-297 GMS

2. Article Number
    (Transfer from service label)
    7007 3020 0002 3321 7586

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): _illegible_    C. Date of Delivery: 6/16/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540