TO: UNITED STATES DISTRICT COURT

FROM: ELTON LEROY PUMPHREY
S.B.I. # 185250

DATE: 6/18/08

RE: CASE NO. 08-297-GMS

I AM WRITING TO INFORM THE COURT AND THE HONORABLE JUDGE GREGORY M. SLEET, THAT AS OF JUNE 19, 2008 MY ADDRESS HAS CHANGED. PLEASE BE ADVISED MY NEW ADDRESS IS, 159 SANDBOX ROAD, HARRINGTON, DELAWARE 19952.
PLEASE SEND ALL LEGAL MATTERS PERTAINING TO, CASE NO. 08-297-GMS, TO THE ABOVE NEW ADDRESS, 159 SANDBOX ROAD, HARRINGTON, DELAWARE 19952.
YOUR HELP IN THE MATTER IS GREATFULLY APPRECIATED.

RESPECTFULLY SUBMITTED,

ELTON LEROY PUMPHREY
159 SANDBOX ROAD
HARRINGTON, DEL. 19952

I/M Elton L. Pumphrey
SB# 185250 UNIT 17-A-L-11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United States District Court
844 North King Street
Lockbox 18
Wilmington, Delaware
19801-3570

LEGAL MAIL