TO: JUDGE GREGORY M. SLEET

FROM: ELTON LEROY PUMPHREY
S.B.I.# 185250

DATE: 6/10/08



RE: CASE NO.: 08-297 (GMS)

DEAR HONORABLE JUDGE GREGORY M. SLEET,

I AM WRITING IN REGARDS TO ME OBTAINING A COPY OF THE HABEAS CORPUS, THE MEMORANDUM OF LAW IN SUPPORT OF THE HABEAS CORPUS, ALL COURT OPINIONS AND EXHIBITS THAT I FILED WITH THIS COURT PERTAINING TO THE ABOVE HABEAS CORPUS, CASE NO. 08-297.

I NO LONGER HAVE A COPY OF THE FOREMENTIONED DOCUMENTS DUE TO THE OFFICERS HERE AT DELAWARE CORRECTIONAL CENTER SHAKING ME DOWN AND CONFISCATING MY ACTIVE LEGAL CASES AND LEGAL PAPERWORK.

I'VE TRYED TWICE TO OBTAIN A COPY OF THE FOREMENTIONED DOCUMENTS FROM THE CLERK OF THE COURT, PETER T. DALLEO,

And explained both times that I filed this Habeas Corpus under Forma Pauperis status because I have no money and no way of getting any.

I also enclosed a six month statement as not only proof that I have no money but also to show that I am more than THREE HUNDRED DOLLARS in the negative on my account (see six month statement). Each time I'm being asked to send money that I do not have.

Your Honor if possible can you please send me a copy of the forementioned documents that I so desperately need in my pursuit of justice.

Respectfully submitted,
Elton L. Pumphrey
1181 Paddock Road
Smyrna, DE. 19977

I/M ELTON L. PUMPHREY
SBI# 185250  UNIT 17-A-L-11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL



Judge GREGORY M. SLEET
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DELAWARE
19801-3570

19801+3570 C012